IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FLOYD J. MORTON,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

ORDER

Case No. 20-cv-1070-bbc

---

This case was closed after the court did not receive plaintiff's $7.72 initial partial filing fee payment by the December 30, 2020 deadline. Now, plaintiff has filed a letter requesting to pay the initial partial payment and having this case reopened. Plaintiff's request will be granted

ORDER

IT IS ORDERED that plaintiff Floyd J. Morton may have until February 25, 2021 to submit a check or money order made payable to the clerk of court in the amount of $7.72 as the initial partial payment assessed in this case. If plaintiff complies with this deadline, plaintiff's case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2). Otherwise, this case will remain closed.

Entered this 3rd day of February, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge