IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FLOYD J. MORTON,

    Plaintiff,

  v.                                       Case No.  20-cv-1070-bbc

JOHN DOE,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 5/13/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |